Angel Baez-Gil
Reg # 10019-049
ACCC
P.O. Box 1600
Washington, MS 39190

DISTRICT OF NH
FILED

2018 MAR 19 P 12:19

MARCH 5, 2018

District Clerk
United States District Court
55 Pleasant Street, Room 110
ConCord, NH 03301-3941

RE: U.S.A Vs. Angel Baez-Gil
09-CR-41-02-JL

Dear Clerk:

Motion seeking the Intervention OF the Court.

The defendant, in above captioned case, request the Court's Intervention to establish my rights to receive medical assistance.

I am diagnostic with Vertigo, (dizziness) in my ear, thereFore I have that to take a Pill OF MeClizine 25mg. each twelve hours.

The Administration OF Adams County Correctional Center, suspend my medicine in JANUARY 24, 2018.

I am requesting the Intervention of the Court to resolve my situation with my Problem of health.

In NOVEMBER 14, 2017, I requested Protection and am in Administrative Detention.

The Administration of Adams County Correctional Center, is against me, because I to reported to Officers of Administrative Detention, For abuse of Authority, discrimination and retaliation against my Person.

Thence, increase abuse of Authority, Discrimination and retaliation, because Ms. Ingram (Investigator), not Action in my situation.

I Fear For my Safety and For my life here in Administrative Detention, because all is against me, therefore not am eating here.

Excuse me, I speak broken English.

Thank you For your time.

Sincerely.
Angel Baz-gil.